**Earl Lloyd THOMPSON,
Plaintiff–Appellant,**

v.

**GOLDEN GATE BRIDGE, HIGHWAY
& TRANSPORTATION; et al.,
Defendants–Appellees.**

**No. 05–16917.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 5, 2006.*

Filed June 9, 2006.

Earl Lloyd Thompson, San Francisco, CA, pro se.

Kimon Manolius, Esq., Lisa M. Pooley, Alexandra V. Percy, Esq., Hanson Bridgett Marcus Vlahos & Rudy, LLP, San Francisco, CA, for Defendants–Appellees.

Before: CANBY, T.G. NELSON and KLEINFELD, Circuit Judges.

MEMORANDUM **

A review of the record and the response to the order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

